UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ADNIS AKBAR,<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    Defendant. | Case No.: 2:23-cv-04581-DMG-ASx<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [25]** |

    Pursuant to the stipulation of the parties, this matter is hereby dismissed in its entirety with prejudice, the Parties having settled their dispute.  Each party shall bear its and his own fees and costs.

    This Court retains jurisdiction to enforce the settlement agreement.

Dated:  January 17, 2024

IT IS SO ORDERED.

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**      2:19-CV-01533-jam-db